UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RUBEN M., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> COMMISSIONER OF SOCIAL <br> SECURITY, <br><br> Defendant. | C.A. No. 1:19-CV-00119-MSM-PAS |

## ORDER

Mary S. McElroy, United States District Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on January 3, 2020, (ECF No. 15) recommending that the Court grant the plaintiff, Ruben M.'s, Motion for Reversal of the Disability Determination of the Commissioner of Social Security (ECF No. 12) and deny the defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 14). After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R (ECF No. 15) and adopts the recommendations and reasoning set forth therein.

Accordingly, the plaintiff's Motion for Reversal of the Disability Determination of the Commissioner of Social Security (ECF No. 12) is GRANTED, and the defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 14) is DENIED.

Final judgment shall enter in favor of the plaintiff. This matter is remanded for further administrative proceedings, pursuant to 42 U.S.C. § 405(g).

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
February 4, 2020